IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00363-DME-MEH

DIETER CROWLEY,

    Plaintiff,

v.

COLORADO TECHNICAL UNIVERSITY, a Colorado corporation; and
CAREER EDUCATION CORPORATION, a Delaware corporation;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 4, 2007.**

Based on the parties' representation that a settlement in principles has been reached, the Joint Motion to Vacate Scheduling Conference [Filed May 4, 2007; Docket #18] is **granted**. The Scheduling Conference set for May 7, 2007, is **vacated**. Dismissal papers are to be filed on or before **May 25, 2007**.