IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-00363-DME-MEH

DIETER CROWLEY,

    Plaintiff,

v.

COLORADO TECHNICAL UNIVERSITY, a Colorado corporation,
and CAREER EDUCATION CORPORATION, a Delaware corporation,

    Defendants.

---

**ORDER GRANTING JOINT STIPULATED
MOTION FOR DISMISSAL WITH PREJUDICE**

---

Having reviewed the parties' Joint Stipulated Motion for Dismissal With Prejudice and being fully apprised of the circumstances, the Court ORDERS that this case, and all claims therein, be DISMISSED, with prejudice. Each party shall bear his or its own costs and fees.

DATED this  22nd  day of  May , 2007.

                                                *s/ David M. Ebel*

                                              David M. Ebel
                                              United States Circuit Judge

cc:    all the parties of record